# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1200**
**CA 16-00718**
PRESENT: CENTRA, J.P., CARNI, NEMOYER, CURRAN, AND TROUTMAN, JJ.

---

DEWOLFF PARTNERSHIP ARCHITECTS, LLP,
PLAINTIFF-RESPONDENT,

           V                                    ORDER

ESCROW AGENT FOR A CERTAIN ESCROW ACCOUNT TO
WHICH PLAINTIFF IS A BENEFICIARY, WILLIAM R.
NOJAY, ESCROWEE, DEFENDANT,
AND KING HUSSEIN INSTITUTE FOR BIOTECHNOLOGY
AND CANCER, DEFENDANT-APPELLANT.

---

WHITE & CASE, WASHINGTON, DC (CLAIRE A. DELELLE OF COUNSEL), FOR
DEFENDANT-APPELLANT.

ERNSTROM & DRESTE, LLP, ROCHESTER (JOHN W. DRESTE OF COUNSEL), AND
DEHM LAW FIRM, P.C., PITTSFORD, FOR PLAINTIFF-RESPONDENT.

SHULTS & SHULTS, HORNELL (DAVID A. SHULTS OF COUNSEL), FOR DEFENDANT.

---------------------------------------------------------------------------------------------------------------

     Appeal from an order of the Supreme Court, Monroe County (Matthew
A. Rosenbaum, J.), entered February 22, 2016. The order, inter alia,
granted the cross motion of plaintiff for summary judgment.

     Now, upon the stipulation of discontinuance signed by the
attorneys for the parties on August 9 and 10, 2016, and filed in the
Monroe County Clerk's Office on August 11, 2016,

     It is hereby ORDERED that said appeal is unanimously dismissed
without costs upon stipulation.

Entered: December 23, 2016                 Frances E. Cafarell
                                         Clerk of the Court